Kathleen S. FINNEY, Respondent,

v.

James Dale FINNEY, Appellant.

No. WD 61983.

Missouri Court of Appeals,
Western District.

Oct. 14, 2003.

Karl Heinz Timmerman, Holden, Jennifer Ruth Reagan, Kansas City, for appellant.

Mary–Corinne Corley, Kansas City, for respondent.

Before JAMES M. SMART, JR., P.J.,
ROBERT G. ULRICH, and LISA
WHITE HARDWICK, JJ.

### Order

PER CURIAM.

James Dale Finney appeals the denial of his motion to set aside a default judgment under Rule 74.05. Because Mr. Finney did not demonstrate that the trial court erred in failing to set aside the judgment, this court affirms the ruling of the trial court by this summary order. Rule 84.16(b).